

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00859-CV

ROBERT LEE LYLES, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 151st Judicial District Court of Harris County, Texas.  (Tr. Ct. Cause No. 2009-63597).

**TO THE 151ST JUDICIAL DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 27th day of January, 2015, the cause upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

> After due consideration, the Court **dismisses** the appeal filed by the appellant, Robert Lee Lyles, for want of jurisdiction.  After being notified that this appeal was subject to dismissal, appellant did not adequately respond.  It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.

The Court **orders** that costs be taxed against appellant.

The Court **orders** that this decision be certified below for observance.

Judgment rendered January 27, 2015.

Per curiam opinion delivered by panel consisting of Justices Keyes, Higley, and Brown.

    **WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

June 26, 2015
Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

